IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | |
|---|---|
| ADRIANNA GUTIERREZ, <br><br> Plaintiff, <br><br> v. <br><br> MIDLAND FUNDING, LLC <br><br> & <br><br> EQUIFAX INFORMATION SERVICES, LLC <br><br> & <br><br> TRANSUNION, LLC <br><br> Defendants. | Case No: 1:23-cv-26-RP |

**NOTICE OF SETTLEMENT AS TO DEFENDANTS**
**MIDLAND FUNDING, LLC AND TRANSUNION, LLC**

COMES NOW, Plaintiff Adrianna Gutierrez, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendants Midland Funding, LLC and TransUnion, LLC in this matter.

1. Plaintiff and Defendants Midland Funding, LLC and TransUnion, LLC have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

2. The parties expect to file a stipulation of dismissal with prejudice within the next 60 days as part of that settlement.

3. The parties request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a stipulation of dismissal as to

1

Midland Funding, LLC and TransUnion, LLC along with any other relief the Court deems just and proper.

Dated: February 22, 2023

                                                  Respectfully Submitted,

**HALVORSEN KLOTE**

By:    /s/ Joel S. Halvorsen

Joel S. Halvorsen, #67032
680 Craig Road, Suite 104
St. Louis, MO  63141
P: (314) 451-1314
F: (314) 787-4323
joel@hklawstl.com
*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I, Joel Halvorsen, hereby certify that on this Wednesday, February 22, 2023 a copy of the foregoing document has been sent to all counsel of record via this Court's CM/ECF filing system.

Alexis Nicole Del Reio
McGlinchey Stafford
6688 N Central Expry, Suite 400
Dallas, TX 75206
214-445-2412
Fax: 214-445-2450
Email: adelrio@mcglinchey.com

Gregg D. Stevens
McGlinchey Stafford, PLLC
Three Energy Square
6688 North Central Expressway
Suite 400
Dallas, TX 75206
(214)-445-2406
Fax: 214/445-2450
Email: gstevens@mcglinchey.com

Helen Mosothoane
McGlinchey Stafford, PLLC
Three Energy Square
6688 N. Central Expressway, Ste 400
Dallas, TX 75206
214-445-2449
Fax: 214-445-2450
Email: hmosothoane@mcglinchey.com

Forrest Mathew Seger, III
Clark Hill PLC
2301 Broadway
San Antonio, TX 78215
210-250-6000
Fax: 210-250-6100
Email: TSeger@clarkhill.com

                                                               /s/ Joel Halvorsen