IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISON

| | |
|---|---|
| ADRIANNA GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC<br><br>&<br><br>EQUIFAX INFORMATION SERVICES, LLC<br><br>&<br><br>TRANSUNION, LLC<br><br>Defendants. | Case No: 1:23-cv-26-RP |

## NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

COMES NOW, Plaintiff Adrianna Gutierrez, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant Equifax Information Services, LLC in this matter.

1. Plaintiff and Defendant Equifax Information Services, LLC have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

2. The parties expect to file a stipulation of dismissal with prejudice within the next 60 days as part of that settlement.

3. The parties request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a stipulation of dismissal as to Equifax Information Services, LLC, along with any other relief the Court deems just and proper.

Dated: March 24, 2023

                Respectfully Submitted,

                **HALVORSEN KLOTE**

By:    /s/ Joel Halvorsen

        Joel S. Halvorsen, #67032
        680 Craig Road, Suite 104
        St. Louis, MO 63141
        P: (314) 451-1314
        F: (314) 787-4323
        joel@hklawstl.com
        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

 I, Joel Halvorsen, hereby certify that on this Friday, March 24, 2023 a copy of the foregoing document has been sent to all counsel of record via this Court's CM/ECF filing system.

/s/ Joel Halvorsen